DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VAS AERO SERVICES, LLC** f/k/a **VOLVO AERO SERVICES CORP.** and **H.I.G. CAPITAL, LLC,**
Appellant,

v.

**VOLVO AERO LEASING, LLC,**
Appellee.

No. 4D20-1223

[April 8, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald W. Hafele, Judge; L.T. Case No. 502014CA003164AXXMB.

Charles Wender of Charles Wender Law, Boca Raton, for appellant.

Alec H. Schultz and Jeremy L. Kahn of León Cosgrove, LLP, Miami, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS, and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***